U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

MAY 01 2008

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. NO. 08-00125 |
| | * | 18 U.S.C. § 1960- Operating an |
| | * | Unlicensed Money Transmitting Business |
| VERSUS | * | |
| | * | |
| GAMAL AHMED AHMED, | * | DISTRICT JUDGE JAMES |
| a/k/a Jimmy | * | MAGISTRATE JUDGE HAYES |

AMENDED BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
Operating an Unlicensed Money Transmitting Business - 18 U.S.C. § 1960

From on or about August 24, 2005, to on or about August 26, 2005, in the Western District of Louisiana, the defendant, GAMAL AHMED AHMED also known as Jimmy, did knowingly conduct, control, manage, supervise, direct, or own all or part of an unlicensed money transmitting business at and concerning the Smoke Shop convenience store, at 410 East Bayou, Tallulah, Louisiana, all in violation of United States Code, Sections 1960 and 2. [18 U.S.C. §§1960 and 2.]

A TRUE BILL.

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

By: /s/ RTW Gillespie, Jr.
ROBERT W. GILLESPIE, JR.
Assistant United States Attorney, Bar No. 06202
300 Fannin St., Suite 3201
Shreveport, LA 71101-3068
318/676-3608
email: robert.gillespie@doj.gov