UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 08-00125-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GAMAL AHMED AHMED | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

Having considered the Report and Recommendation of the Magistrate Judge [Doc. No. 8], rendered after a hearing held on May 1, 2008, finding that the Magistrate Judge's findings are supported by the law and record in this matter, and noting that the Government and Defendant have filed statements of no opposition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of Defendant Gamal Ahmed Ahmed and adjudges him guilty of the offense charged in Count 1 of the Bill of Information against him.

MONROE, LOUISIANA, this 8th day of May, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE